**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MOSES PEREZ and DEE PEREZ, | |
| *Plaintiffs,* | |
| v. | Case No. 1:17-cv-02610 |
| K&B TRANSPORTATION, INC., and KIARA WHARTON, | Honorable Judge Pallmeyer |
| *Defendants.* | |

**NOTICE OF FILING**

**TO:**  Kathleen McDonough
Lamis G. Eli
Wilson Elser Moskowitz Edelman & Dicker LLP
55 W. Monroe Street, Suite 3800
Chicago, IL  60603

The undersigned attorney hereby certifies that on **January 18, 2018** he caused **Plaintiffs' First Amended Complaint at Law** to be filed electronically through the CM/ECF system which will send notification of such filing to the attorneys on file in this matter.

/s/  Hadas M. Benhamou
One of the Attorneys for Plaintiff

John M. Power, Esq.
Hadas M. Benhamou, Esq.
**COGAN & POWER, P.C.**
1 E. Wacker Drive - Suite 510
Chicago, IL 60601
TEL: 312-477-2500
Firm ID: 49741
jpower@coganpower.com
hbenhamou@coganpower.com