PEREZ_K&B 000194