Moses Perez, et al.
                      Plaintiff,

v.                                            Case No.: 1:17–cv–02610
                                                  Honorable Rebecca R. Pallmeyer

KB Transportation, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 2/28/2018. Plaintiffs' first motion for ruling on the Defendants' KB Transportation, Inc. & Kiara Wharton objections to Plaintiffs' requests to produce #36, 37 & 40 [48] is granted; Defendants are directed to respond to those requests within 14 days. Plaintiffs' motion to amend the Plaintiffs' Rule 26(a)(2) disclosure schedule [49] is granted. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.