# EXHIBIT "A"
# (2 of 3)

## Page 65

1 Q. So generally, you wouldn't -- in January
2 of 2016, I'm just narrowing it to that time
3 frame, you would not be sleeping at nighttime,
4 you would be sleeping during the day?
5 A. If I had a load that delivered early in
6 the morning, then yeah, I would more than
7 likely be sleeping late morning closer towards
8 afternoon evening.
9 Q. Were most of your loads overnight
10 delivery loads?
11 A. Yes.
12 Q. Okay. And then, do you recall roughly
13 how many hours of sleep you tried to get?
14 A. I normally sleep between six and eight
15 hours.
16 Q. Okay. And then when you wake up, tell
17 me a little bit about your morning routine if
18 you have one?
19 A. It is shower, get something to eat, if I
20 don't go to sleep right then and there, I'll do
21 the showering, get something to eat, figure out
22 what time my next load is because I don't -- I
23 leave my cell phone on so once I'm asleep, I'm
24 asleep. You cannot bother me. If I wake up
25 after six hours of sleep, I will read for a

## Page 66

1 little bit, and then figure out what I want to
2 do until it is time for me to go.
3 Q. Got it. Is it your custom and practice
4 to have some kind of meal before you get on the
5 road?
6 A. Uh-huh.
7 Q. Yes?
8 A. Yes.
9 Q. So you have something in your stomach?
10 A. Yes.
11 Q. Okay. Do you recall how many miles your
12 truck had on the odometer at the time of the
13 wreck?
14 A. Absolutely not.
15 Q. And at that time were you compensated by
16 the mile?
17 A. Yes.
18 Q. Did you feel satisfied with the level of
19 compensation?
20 A. Yes.
21 Q. Did you have a Com data card or a
22 Comchek?
23 A. I have both.
24 Q. You have both. And when are you
25 permitted to use each?

## Page 67

1 A. Comcheks are generally for lumper fees
2 or any type of fees, and my Comdata card is for
3 if I want to get a pay advance or it is for
4 fuel.
5 Q. And do you -- before using either card,
6 do you have to check with K & B?
7 A. For my Comdata for fueling purposes, no.
8 Q. Okay. So sorry, is the Comdata card the
9 same as a fuel card, or do you also have a fuel
10 card independent?
11 A. That is the fuel card.
12 Q. It is, okay.
13 A. It is the fuel card. It is also the
14 card where -- well, it doesn't come through,
15 like lumper fees don't come through the card, I
16 have a Comdata code.
17 Q. Tell me what a lumper fee is?
18 A. It is when I'm at the receiver, and they
19 need to take freight off, and they need to
20 charge the company to take the freight off of
21 the truck, to sort it, to check for the number
22 of items or damages, and I will go to K & B and
23 say, hey, their lumper fee is this amount.
24 They will send me a Comdata code or an express
25 code, and then I'll give the check to whoever

## Page 68

1 is accepting it.
2 Q. Got it. So it is to check for accuracy,
3 right?
4 A. Yeah.
5 Q. Okay.
6 A. And just to take the freight off.
7 Q. Understood. And we talked about this a
8 little bit. You were carrying Tyson Foods'
9 goods, correct?
10 A. Correct.
11 Q. And do you recall where in Waterloo,
12 Iowa, you picked up the Tyson Foods' goods?
13 A. You mean like actual address?
14 Q. No, like what was the name of the place,
15 anything like that?
16 A. Tyson.
17 Q. Was it Tyson, like a Tyson --
18 A. Yeah.
19 Q. Okay. That's what I wanted to know.
20 Do you recall how much your truck
21 weighed with the complete load on the day of
22 the accident?
23 A. No.
24 Q. Okay. Does 80,000 pounds sound --
25 A. It was less than.

1 Q. Less than 80,000?
2 A. Yeah.
3 Q. Do you recall how much less than?
4 A. Normally -- I normally only pick up
5 loads that are around about 76-thousand and a
6 couple hundred pounds, but I never actually
7 pick up anything that is 80-thousand pounds.
8 Q. Is 80,000 pounds the cap? Is that the
9 max that you are allowed?
10 A. That is the max, but it is not really
11 all that -- nobody really likes to put
12 80,000 pounds on a truck.
13 Q. Sure. Are you considered an experienced
14 driver to be able to handle hauling that much
15 weight?
16 A. Yes. Even if after you've gotten your
17 CDL and have only been doing it for a week, you
18 are considered an experienced driver to handle
19 that much weight.
20 Q. You are, okay.
21 Do you happen to know what gear you were
22 in at the time of the crash?
23 A. Let's see, more than likely between
24 third and fourth gear.
25 Q. Okay. Do you happen to know what the


1 RPM's were?
2 A. No.
3 Q. Were you shifting gears?
4 A. I have to to slow down or the truck
5 won't come to a stop.
6 Q. Got it. And were you looking in the
7 mirrors?
8 A. I was looking at this side. I knew
9 there was nothing over here so there was no
10 need to check.
11 MS. ELI: What do you mean by
12 "this side" --
13 THE WITNESS: The driver's side
14 or the passenger side.
15 MS. ELI: -- you have to say
16 left or right because "this" --
17 THE WITNESS: I'm sorry.
18 MS. ELI: -- doesn't translate
19 on the --
20 THE WITNESS: I was just
21 checking out the left side, the driver's side,
22 not on the passenger side because I knew there
23 was nothing, no one there.
24 Q. (By Ms. Benhamou) And so on the
25 passenger side of your truck was the median,


1 correct?
2 A. Correct.
3 Q. Okay. There was presumably like a
4 rumble strip and then the median, correct?
5 A. Correct.
6 Q. So before the accident, we are still
7 talking about, you were looking out your
8 driver's side left window?
9 A. Mirror, window kind of, yeah.
10 Q. Mirror, all right. Did you consider it
11 to be particularly slick that morning?
12 A. No, I was fine. So for me personally, I
13 had no problems the entire night.
14 Q. Got it. Did you notice that other
15 vehicles on the road were starting to slip?
16 A. No.
17 Q. No you didn't?
18 A. I didn't see anybody actually having any
19 problems. They all -- everybody was driving
20 slowly, but I didn't see anybody, like, weaving
21 in and out of traffic or doing anything.
22 Q. -- doing any circles.
23 Do you recall about how fast you were
24 going before the accident?
25 A. The speed limit.


1 Q. Okay. And do you know what the speed
2 limit is there?
3 A. It was 60, and then it was 55.
4 Q. Got it. And where does it switch to 55,
5 like after the tollway?
6 A. About three or four miles away from the
7 toll lane.
8 Q. So hang on. West of the toll lane,
9 correct? If you are heading east, then it
10 drops from 60 to 55 miles per hour about three
11 to four miles west of the tollway?
12 MS. ELI: I'm going to object to
13 that because the tollways merge with other
14 highways. So I don't know if she was on that
15 exact tollway before that toll if she would
16 have been going east or west or north or south.
17 MS. BENHAMOU: Got it.
18 Q. (By Ms. Benhamou) So tell me, if you
19 can, with more specificity so that I can ask
20 you a better question, where does it shift from
21 the 60 to the 55 miles an hour?
22 Are you on I-80?
23 A. Yeah, I'm on I-80. I know the 57, they
24 merge off, but I was still on I-80. So I want
25 to say about there.



Page 73:

```
 1   Q.    Okay.
 2   A.    About around 55 where they split off, I
 3   think that is when it changes to 55.
 4   Q.    Got it.  And can we agree at the time of
 5   the wreck, your vehicle was in optimum working
 6   condition?
 7   A.    Yes.
 8   Q.    Including your brakes?
 9   A.    Yes.
10   Q.    On a scale of one-to-ten, how would you
11   rate the condition of your tractor at the time
12   of the wreck?
13   A.    I'm not a mechanic.  I don't know.  I
14   cannot give you that.
15   Q.    Okay.  That's fine.  But can we just
16   rule-out the fact that you don't believe a
17   mechanical issue caused the wreck?
18   A.    Correct.
19   Q.    And by "mechanical issue," I mean a
20   mechanical issue with your truck?
21   A.    Correct.
22   Q.    Can you tell me what the clutch brake
23   does?
24   A.    It allows you to switch from one gear to
25   the next.
```

Angela M. Ickler, RPR
Latimer Reporting *402-476-1153* latimer@latimer-reporting.com 

Page 74:

```
 1   Q.    And can you tell me what steps that you
 2   take if you attempt a panic stop and the
 3   equipment doesn't actually respond and doesn't
 4   slow down, or has that never happened to you?
 5   A.    Yeah, that has never happened to me.
 6   Q.    Can you tell me what a panic stop is?
 7   A.    It is when you hit the brakes really
 8   hard.  Hard enough that you drop speed, like
 9   say if you were going 60 miles an hour, and you
10   hit the brakes really, really hard, the truck
11   is going to go from 60 to 40 really fast, and
12   maybe even lower.  It depends on how hard you
13   hit the brakes.
14   Q.    Okay.
15   A.    Something might happen with the trailer,
16   so don't.
17   Q.    Got it.  So have you had to employ the
18   panic stop?
19   A.    No.
20   Q.    Got it.  And in your opinion, how does a
21   driver compensate for a condition that would
22   increase the truck's stopping distance
23   generally?
24   A.    What do you mean?
25   Q.    I mean would slowing down help to
```

Angela M. Ickler, RPR
Latimer Reporting *402-476-1153* latimer@latimer-reporting.com 

Page 75:

```
 1   compensate for a roadway condition that you
 2   know would not allow you to stop as quickly as
 3   you could?
 4   A.    Following distance.
 5   Q.    Following distance, okay.  When was your
 6   last day off before the wreck?
 7   A.    I don't know.
 8   Q.    That's fine.  And how were you feeling
 9   the morning of January 20, 2016?
10   A.    I don't know.
11   Q.    It was too far.  Can we rule-out the
12   fact that you were sick on that morning?
13   A.    I was not sick, no.
14   Q.    Okay.  Can we rule out the fact that you
15   were fatigued on that morning?
16   A.    I wasn't tired.
17   Q.    Can you take me through how the MCP50
18   system works?  Are you not familiar with that
19   term?
20   A.    No, what is that?
21   Q.    I think it is just the Qualcomm, and if
22   that is the question, then I'm just going to
23   ask you a new question.
24   A.    Now that I know what you are talking
25   about, when it powers down, that is what it
```

Angela M. Ickler, RPR
Latimer Reporting *402-476-1153* latimer@latimer-reporting.com 

Page 76:

```
 1   says.
 2   Q.    So when the Qualcomm powers down, it
 3   says, MCP50?
 4   A.    Yeah.
 5   Q.    Okay.  Is your Qualcomm on at all times
 6   when you are on duty?
 7   A.    Unless the power is down, and generally
 8   that is for updates.
 9   Q.    Got it.  Is it -- are you responsible
10   for making sure the Qualcomm is on at all times
11   though when you are driving?
12   A.    I don't have the power to turn it on or
13   off.  So if it turns off on its own, it is
14   because it is updating, and then it will turn
15   right back on.
16   Q.    Got it.  And even if your engine is off,
17   your Qualcomm is still on?
18   A.    Yes.
19   Q.    Okay.  When you're in sleeper berth is
20   the Qualcomm on?
21   A.    Yes.
22   Q.    All right.
23         MS. ELI:  Kiara, do you want to
24   break at all?
25         MS. BENHAMOU:  Oh, yeah, sorry.
```

Angela M. Ickler, RPR
Latimer Reporting *402-476-1153* latimer@latimer-reporting.com 

77

```
 1              THE WITNESS:  No, not yet.
 2              MS. BENHAMOU:  Just let me know,
 3    we can stop whenever you want.
 4    Q.   (By Ms. Benhamou) I want to talk about
 5    the Qualcomm messages, and you will see why I
 6    called them QTRACS messages that you received
 7    the day before the accident.
 8              MS. BENHAMOU:  Lamis, I only
 9    have two copies so if you want to look through
10    them first.
11              MS. ELI:  Which one are you
12    going to show her?
13              MS. BENHAMOU:  I was going to
14    show her the set.  I think it is 11 pages so
15    Bates stamp 232 to 221.
16              MS. ELI:  So it is backwards,
17    okay.
18              MS. BENHAMOU:  Yeah, they are in
19    reverse order.
20              MS. ELI:  Okay.
21              MS. BENHAMOU:  All right.  Back
22    on the record, please.
23    Q.   (By Ms. Benhamou) All right.
24    Ms. Wharton, will you leaf through these pages
25    Bates stamped 232 down to 221, and tell me if
```

78

```
 1    these messages look familiar to you?
 2              MS. ELI:  Kiara, you can go
 3    through each one individually and say if that
 4    one looks familiar to you.
 5              MS. BENHAMOU:  Sure.
 6              MS. ELI:  I know there is a lot
 7    of them.
 8    A.   They all, it looks the same as they
 9    always do.
10    Q.   (By Ms. Benhamou) As they always do?
11    A.   Yeah.
12    Q.   So these are just in the regular course
13    of your business, you get messages just as
14    these frequently telling you you've been
15    assigned a load --
16    A.   Yes.
17    Q.   -- and then telling you directions on
18    where to go, right?
19    A.   Uh-huh, yes.
20    Q.   Yes?  So can we agree that the set that
21    I gave you start on, and maybe you'll teach me
22    how to read them, but I believe they start on
23    January 19, 2016, at 7:41:10 a.m., is that what
24    the first one says?
25              MS. ELI:  I'm going to come and
```

79

```
 1    look over her shoulder because I don't want her
 2    to guess on this.
 3              MS. BENHAMOU:  Me neither.
 4    A.   So what are you asking me again?
 5    Q.   (By Ms. Benhamou) So I'm asking you if
 6    this message went out on January 19, 2016, at
 7    7:41 a.m.?
 8              MS. ELI:  Is that the time it
 9    went out because they all have that same time?
10    A.   Well, apparently because the seconds on
11    the --
12    Q.   (By Ms. Benhamou) So I'm going to -- the
13    seconds do change.  I mean, the minutes change.
14    The set that I've given you, I think range from
15    7:41:10 all the way to 7:46:23?
16    A.   Well, this says I received them, would
17    that mean received?
18              MS. ELI:  I believe so, and that
19    is when you would have read it, okay.
20    Q.   (By Ms. Benhamou) So all you see on the
21    Qualcomm is the message text; is that correct?
22    A.   Yeah.  I also get timestamps on it so I
23    will know when it came in and when somebody,
24    the time somebody sent me the message.
25    Q.   Okay.  And the timestamps that you get
```

80

```
 1    on the Qualcomm, do they look like the
 2    timestamps to the left of the document under
 3    OMICCRTR?
 4              MS. ELI:  So when you get the
 5    timestamp, is it the pending, is it the
 6    received, is it the transmittal time, do you
 7    know?
 8    A.   The timestamps just generally the date
 9    and then the time.  It doesn't say any of these
10    extra letters.
11    Q.   (By Ms. Benhamou) Got it.  So for the
12    purposes of these questions, I just want to
13    know if you agree that the 11 pages of messages
14    that I gave you are, you received them -- I'm
15    sorry, strike that.
16         You were sent them between 7:41 and
17    7:46?
18    A.   So that is 7:41.  I would agree with
19    that, yeah.
20    Q.   Okay.  And in 5 minutes, you got 11
21    messages; is that correct?
22    A.   Sometimes it takes a little bit for,
23    they have to input extra information.
24    Q.   Okay.
25    A.   So generally what comes first is this.
```

Angela M. Ickler, RPR
Latimer Reporting *402-476-1153* latimer@latimer-reporting.com

```
                                                  81
 1    Q.    So the first page, which is 232?
 2    A.    Yeah.
 3    Q.    That comes first?
 4    A.    Uh-huh.
 5    Q.    And then generally what comes next?
 6    A.    Customer directions.
 7    Q.    Okay.  And that would be reflected on
 8  230?
 9    A.    Yes.
10    Q.    And then would you get an additional
11  stop?
12    A.    That would come with the loaded
13  information.
14    Q.    All right.  So you get 232 first?
15    A.    Uh-huh.
16    Q.    And then 230?
17    A.    231.  So it would be 232, 231, and then
18  230, 229 because that is -- yeah, 229, 228,
19  with my particular dispatcher now, this 227
20  that comes like the very last.
21    Q.    Okay.
22    A.    That is generally just him giving me
23  directions, like he is just rephrasing what we
24  talked about over the phone.
25    Q.    Got it.
```

```
                                                  82
 1    A.    I think the pick-up time is next.
 2    Q.    So that would be number?
 3    A.    226.
 4    Q.    Okay.
 5    A.    And then the log departure is 225, and
 6  then delivery is 224.  So these look like, for
 7  then, it is in order.
 8    Q.    Okay.  Great.
 9    A.    And then 223, that is correct.
10    Q.    And then 222, you are notified about the
11  critical customer load?
12    A.    With Josh, that was with every load
13  regardless if it was -- if it was a critical
14  customer or not, every load he sent me was a
15  critical --
16    Q.    -- customer.  Got it.  But in this case,
17  Meijer is a critical customer so we do know it
18  was a critical load, right?
19    A.    Correct.
20    Q.    Okay.  But he --
21    A.    Yeah, he sent it with every load.
22    Q.    So that is a familiar message?
23    A.    Right.
24    Q.    And then 221 is just another recap?
25    A.    Yeah, saying I agree to roll at that
```

```
                                                  83
 1  particular time.
 2    Q.    Okay.  And do we agree that you got 11
 3  messages concerning your schedule?
 4    A.    Yes.
 5    Q.    And is that custom and practice
 6  generally?
 7    A.    Always.
 8    Q.    Always, okay.
 9    A.    Same, messages just different info.
10    Q.    Got it.  Different directions?
11    A.    And depending on where I'm going.
12    Q.    Okay.  All right.  Do you agree that the
13  goal of the messages is to make sure you arrive
14  on time to deliver the goods to the Newport,
15  Michigan destination?
16          MS. ELI:  I'm going to object to
17  the relevance of that since she is not writing
18  the messages.  Or not relevant, sorry,
19  foundation, my mistake.
20    A.    So ask me again.
21    Q.    (By Ms. Benhamou) Sure.  Can we agree
22  that the goal of these messages and giving you
23  directions and the times and the routes, is all
24  to make sure you arrive on time at the
25  customer?
```

```
                                                  84
 1    A.    Correct.
 2    Q.    And then on this particular day, from
 3  1/19 to early 1/20, we know that the wreck
 4  happened, correct?
 5    A.    Sure.
 6    Q.    Okay.  So it just -- it interrupted the
 7  flow, I guess, is my point?
 8    A.    It did, yeah.
 9    Q.    Okay.  So I'm going to jump back to the
10  day before the wreck, which is January 19th.
11    A.    When was the wreck?
12    Q.    The wreck was January 20th.
13    A.    Okay.
14    Q.    So I want to talk about your schedule
15  for the 19th for a second.
16    A.    All right.
17    Q.    And I'm going to show you these QTRACS
18  messages.  See how they are called QTRACS up at
19  the top?
20    A.    Oh, okay.
21    Q.    I didn't just make it up.  I'm not that
22  crazy.
23    A.    Okay.
24    Q.    And they are Bates stamped 245 all the
25  way down to 233, and I just put them in reverse
```

```
 1   order based on time chronology.
 2            MS. BENHAMOU:  Do you want to
 3   pull up your chair next to hers so that you
 4   guys can look at them together when I ask a
 5   question about it?
 6            MS. ELI:  Do I want to?
 7            MS. BENHAMOU:  Pull up your
 8   chair next to hers so that when we go through
 9   it, you are still seeing it?
10            MS. ELI:  Yeah.
11   Q.   (By Ms. Benhamou) All right.  Now,
12   Ms. Wharton, do you agree that you arrived at
13   the consignee at 3:40 a.m. on January 19th
14   based on Page 245?
15   A.   The consignee, uh-huh.
16   Q.   Yes?
17   A.   Yes.
18   Q.   Okay.  And based on this document alone,
19   do you know who the consignee was?  We will get
20   to the next pages I promise.
21   A.   It doesn't actually say.
22   Q.   All right.  So let's go to the next
23   page, which is 244, and would you agree that at
24   3:52 a.m., you sent the final destination
25   message that is reflected on this page?
```


```
 1   A.   No.
 2   Q.   Okay.  Who sends these messages?
 3   A.   I have no idea.  This is not me.
 4   Q.   That's not you, okay.
 5   A.   This person --  yes, this is a Jason
 6   Herman (spelled phonetically).  That wasn't
 7   mine.
 8   Q.   Who is Jason Herman?
 9   A.   I don't know.
10   Q.   Okay.
11   A.   So 346 I don't know where this was.  I
12   don't know who this is.
13   Q.   Got it.  So you are still on 245?
14   A.   Yeah, 245.
15   Q.   So you didn't --
16   A.   I didn't send it off.  I never sent a
17   final destination.  I never made it to
18   Michigan.
19   Q.   No, no, no.  Hang on.  We are on the day
20   before.  We are on January 19th not
21   January 20th.  You were supposed to arrive in
22   Michigan on January 21st.
23   A.   So I'm confused.
24   Q.   Okay.  So I'm just jumping back to the
25   day before the accident.
```


```
 1   A.   I most definitely don't know.
 2   Q.   No, no, no.  That is why we are going to
 3   go through this together.  Okay.  So just bear
 4   with me for a minute.
 5   A.   All right.
 6   Q.   On Page 245, do you see the 245 at the
 7   bottom?
 8   A.   Right.
 9   Q.   This message text says, "Arrived at
10   consignee," would you send this arrival notice,
11   or would someone send it for you?
12   A.   From Qualcomm, I would send it.
13   Q.   Okay.  So based on this document, does
14   it look like you transmitted that you arrived
15   at 3:40 a.m. on January 19th?
16   A.   To where?
17   Q.   We will get to that.
18   A.   Oh, I don't know.  Let's just say if I
19   was at the consignee, I would send an arrival
20   message.
21   Q.   Got it.  Perfect.  Go to the second page
22   for me.
23   A.   (Witness complies.)
24   Q.   And tell me what Bates stamp number is
25   at the bottom?
```


```
 1   A.   244.
 2   Q.   And tell me what this message reflects,
 3   if you know.
 4   A.   It means that they -- that their trailer
 5   is empty.
 6   Q.   Okay.
 7   A.   And that all freight has been taken off
 8   and everything is okay.
 9   Q.   Okay.  So you wouldn't transmit this
10   message?
11   A.   I would.  If I'm empty, I have paid
12   everything, I have my paperwork, and the
13   paperwork shows that it is an empty trailer,
14   there is no shortages, damages, then I would
15   send out final destination or empty call.
16   Q.   Great.  And the timestamp that this
17   message was sent, do you believe 3:52 a.m.
18   sounds correct?
19            MS. ELI:  If you would have sent
20   it, what time would you have sent it?
21   Q.   (By Ms. Benhamou) I was going based on
22   this (indicating) time?
23   A.   This (indicating) 3:52?
24   Q.   Correct.
25   A.   It would depend on how long it took for
```



## Page 89

1  the freight to get off, and I check my trailer
2  so it would just depend on a lot of things.
3  Q.   Sure.  All right.  Let's go to 243,
4  please.
5  A.   Okay.
6  Q.   Can you read the message text for this
7  page?
8  A.   This says, Arrived at shipper 01/19 at
9  3:52 with trailer.  It doesn't say if you
10 dropped your empty in the computer, load
11 assignment showed you with a trailer sent,
12 MACRO 30.
13 Q.   What does this message mean?
14 A.   It is just arrived.  You got to the
15 shipper, and you are supposed to put what
16 trailer you had with you so the company can
17 keep track.
18 Q.   Got it.  Is this a message you would
19 transmit?
20 A.   Once I got to the shipper, yeah.
21 Q.   Okay.  Let's go to 242, please.
22 A.   (Witness complies.)
23 Q.   Okay.  Tell me what this message text
24 says, please.
25 A.   Once I picked up my trailer and I've

## Page 90

1  gotten my paperwork, all the questions that ask
2  like the weight, pieces, what time I got there,
3  the date, the temperature, and then the Bill of
4  Lading number, just everything is supposed to
5  be sent into it.
6  Q.   Got it.  And is this a message --
7  A.   I would send.
8  Q.   Got it.  Thank you.  240 --
9  A.   Okay.
10 Q.   -- can you explain to me what this
11 message is?
12 A.   This is a load assignment.
13 Q.   And where are you directed to go based
14 on this load assignment?
15 A.   It says I'm picking up at International
16 Paper, Waterloo, Iowa, and it is supposed to go
17 to the Tyson Foods in Hillsdale, Iowa (sic).
18 Q.   Hillsdale, Illinois?
19 A.   Illinois, yeah.  That is correct.
20 Q.   So explain something to me, under P\UDT
21 and TIM so I'm assuming that means pick up --
22 A.   Pick up date and time.
23 Q.   And it says January 18th?
24 A.   Uh-huh.
25 Q.   One, eighteen, five?

## Page 91

1  A.   Right.
2  Q.   Does that mean you are supposed to start
3  the trip at 5:00 a.m.?
4  A.   It means it needs to have been picked
5  up, meaning you have to have picked up your
6  trailer, have the paperwork, and be ready to go
7  by 5:00 a.m.
8  Q.   On the 18th?
9  A.   On the 18th.
10 Q.   So this is the day even before the 19th?
11 A.   Right.
12 Q.   Okay.  So I'm just confused because it
13 looks like you received these messages, and
14 they were transmitted from the left side on the
15 19th, but it is with regard to a load for the
16 18th.  Can you make sense of that?  I'm not
17 trying to trick you at all.
18 A.   Yeah, I don't know.
19 Q.   Okay.
20 A.   It could have very well have been that
21 that is just the load assignment when it could
22 have been picked up, but I wasn't told to pick
23 it up until the 19th, and it just needed to be
24 delivered on the 19th.
25 Q.   Okay.  Makes sense.  Let's go to 239,

## Page 92

1  and does this message just tell you how many
2  miles it takes to complete the trip you were
3  just assigned?
4  A.   Yes, it is tariff miles and state miles.
5  Q.   All right.  Let's go to 238, please.
6  This looks like another load assignment?
7  A.   Correct.
8  Q.   And this is basically telling you to go
9  back from Hillsdale, Illinois to Waterloo,
10 Iowa, correct?
11 A.   Yeah, Hillsdale to Iowa, yeah.
12 Q.   Okay.  So originally you went from
13 Waterloo, Iowa to Hillsdale, and now you are
14 going back from Hillsdale to Waterloo with
15 another load assignment; is that correct?
16 A.   Right.
17 Q.   Okay.  That's all.  What time were you
18 supposed to arrive back in Waterloo, Iowa,
19 based on this message?
20 A.   At the very latest 3 o'clock.
21 Q.   And you were on time, I will show you in
22 a second.  Page 237 is what?
23 A.   Directions.
24 Q.   And Page 236 is what?
25 A.   They just want ETA.

1  Q.    Okay.  Can you read the message text for
2  me, please.
3  A.    May I ask what is your ETA to Waterloo
4  with empty box 227?  They are waiting on it.
5  If you are on break, what time can you roll?
6  Thanks, Mike.
7  Q.    And who is Mike, if you know?
8  A.    I don't know.
9  Q.    Okay.  Does the name Mike Rodriguez
10 sound familiar to you at all?
11 A.    No.  To be honest, no.
12 Q.    Okay.  When you got this message, do you
13 have any idea where you were just by looking at
14 this page?
15 A.    I was probably en route.
16 Q.    Okay.  You were probably still driving?
17 A.    Uh-huh.
18 Q.    Yes?
19 A.    Yes.
20 Q.    And if you were still driving, would you
21 see this message or would you not?
22 A.    No.  It would just -- the Qualcomm would
23 just let me know, you have a message, but if
24 I'm driving, I cannot read it.  I can turn up
25 the volume, if I would like to listen to the



1  message, but no.
2  Q.    Likely you didn't do that?
3  A.    No.
4  Q.    Okay.
5  A.    I don't like her voice.
6  Q.    Okay.  On Page 235, please tell me what
7  that message text says.
8  A.    Please send an empty MACRO.
9  Q.    An empty out MACRO?
10 A.    Yeah.  The empty call basically.
11 Q.    What does that mean?
12 A.    To let them know that I've gotten to my
13 destination, and I've dropped my trailer,
14 everything.  I'm done.
15 Q.    Makes sense.  234 you now arrived at the
16 consignee, which is back in Waterloo, Iowa,
17 correct?
18 A.    Probably.
19 Q.    Because you were --
20 A.    No, that is my -- the destination.
21 Q.    Right.  Based on your trip, you went
22 Iowa, Illinois, Illinois, back to Iowa?
23 A.    So then, yeah.
24 Q.    So then based on this message at
25 7:00 a.m. -- and 27 minutes -- on January 19th,



1  you arrived back in Iowa, correct?
2  A.    Correct.
3  Q.    Then it says, Driver one hour used
4  today, do you see that?
5  A.    Correct.
6  Q.    What does that mean?
7  A.    That is if you want to say how many
8  hours you've driven and basically how many
9  you've got left out of your 11.
10 Q.    Okay.  And since there is no value next
11 to that, does it mean that --
12 A.    I never fill it in.
13 Q.    Okay.  Because they have the data coming
14 from the Qualcomm, correct?
15 A.    That and I don't want to do extra work.
16 Q.    Right, okay.  And then we don't have to
17 talk about 233 because I know what that means
18 now.
19       All right.  So that is the day before.
20 So when you get messages that say, Hey, give us
21 your ETA, it doesn't stress you out because you
22 don't see those messages until you actually
23 arrive; is that correct?
24 A.    Correct.  If I stop -- or if I stop the
25 truck at a light, and if I see the message,



1  then words -- actual words will show up, but no
2  give an ETA, they don't stress me out at all.
3  Q.    It is just a reminder of the time you
4  have to be there?
5  A.    No, it is just they are asking me, what
6  time will I be there.
7  Q.    Okay.  Got it.  Okay.  So that took us
8  through to 7 -- I think I said -- 27 in the
9  morning.  Yeah.
10       Then here, I'm going to show you 233.
11 It is a final destination message, and I'll
12 show you this copy.  Does this message on
13 Page 233 imply to you that you arrived back
14 from Iowa at 7:35 a.m.?
15 A.    No.  That implies that I was finished
16 with everything, and I was ready to leave from
17 that destination.  So dropped the trailer, I
18 turned in my paperwork, the paperwork has been
19 signed, so then I'm ready to go.
20 Q.    Got it.  Go from Iowa though?
21 A.    To the truck stop, yeah.
22 Q.    Okay.  And where is the truck stop, or
23 does it always change?
24 A.    Pilot.  There is two.  Pilot and Flying
25 J are right across from each other.



## Page 97

1  Q. Okay. How far is it from this Waterloo,
2  Iowa, place where you dropped off the load?
3  A. Maybe five miles.
4  Q. Okay. Then we already talked about
5  these messages that start at 7:41. So we won't
6  go back through those.
7  All right. I'm going to pull up your
8  driver log, and I'm going to show you that it
9  matches up. So what you now have, Kiara, is
10  362 to 366, and let me know if this document
11  looks familiar to you?
12  A. Uh-huh, yes.
13  Q. And what is this document that I'm now
14  showing you?
15  A. It looks like my day log.
16  Q. Okay. And is it your day log from
17  January 19th, the day before the wreck?
18  A. I believe so.
19  Q. And then is it also your day log from
20  January 20th starting on Page 365?
21  A. Yes.
22  Q. Okay. So on January 19th, we were
23  talking about 7:00 a.m., and it looks like as
24  of 7:38, you officially go off duty in Iowa,
25  correct?

## Page 98

1  A. Right.
2  Q. And that is consistent with the QTRACS
3  messages and showing you arrived on time in
4  Iowa, and then tell me how long you were in the
5  sleeper after that?
6  A. I was in the sleeper for 9 hours and
7  48 minutes.
8  Q. Starting when?
9  A. Eight in the morning.
10  Q. Great. And tell me up in the right-hand
11  corner, I think it shows you for how long you
12  drove on the 19th; is that correct?
13  A. Driving?
14  Q. Yeah. Does that tell you how many hours
15  total you drove on January 19th?
16  A. Yes.
17  Q. And how many hours total did you drive
18  on January 19th?
19  A. Nine hours and 20 minutes.
20  Q. Okay. And then, please, jump to
21  Page 365, and again in the upper right corner,
22  does it indicate how many hours you drove on
23  the 20th?
24  A. Four hours and ten minutes.
25  Q. Okay. So you before the crash drove for

## Page 99

1  roughly 13 hours and also slept for 9, is that
2  an accurate statement?
3  A. Let's see, no. Because it goes from a
4  24-hour period. So if from midnight to
5  midnight, let's say --
6  Q. Okay.
7  A. -- if I drove from midnight.
8  Q. On the 19th?
9  A. 18th.
10  Q. I'm sorry, 18th.
11  A. And then I drove some, and then midnight
12  comes, and I drove, I don't know for let's say
13  three or four hours, and then I go into the
14  sleeper berth for ten, that is a rest break.
15  Q. Right.
16  A. So then at that point, I'm allowed to
17  drive again for another 11.
18  Q. Got it. So after your sleep on the 19th
19  of 9 hours and 48 minutes, you are allowed to
20  drive another 11, correct?
21  A. We also have off-duty driving.
22  Q. We also have off-duty driving, got it.
23  A. Which means I can drive personally or to
24  the truck stop. That does not interrupt my
25  sleep break.

## Page 100

1  Q. Explain to me what that means?
2  A. It is my personal drive time.
3  Q. Okay.
4  A. So basically I can drive if I'm just in
5  a tractor or tractor-trailer, I can drive
6  wherever I want to, you know, with legal
7  limits --
8  Q. Sure.
9  A. -- on my own time, and I have 50 minutes
10  of that to do whatever I want, and it does not
11  interrupt my sleep break. Because technically
12  it's like just being off duty.
13  Q. So yesterday we were talking about the 8
14  hours of driving, for every 8 hours of driving,
15  you need a 30-minute break?
16  A. Correct.
17  Q. Does that on-duty time that we just
18  discussed incorporate into the 30-minute break
19  that is required after driving for 8 hours
20  straight, or are they just separate concepts?
21  A. What do you mean?
22  Q. Well, if I'm confusing you, then they
23  are probably separate concepts so I'm just
24  going to ask a new question.
25  A. Okay.





## Page 101

1  Q.   Okay.  You can put that up there.  I'm
2  done with that just so you know.
3       Do you recall where your cell phone was
4  on January 20, 2016?
5  A.   Probably in the little cubbyhole right
6  above or right below my radio.
7  Q.   In your cab?
8  A.   Uh-huh.
9  Q.   Yes.
10 A.   Yes.
11 Q.   Did you have an E-ZPass on January 20,
12 2016?
13 A.   Yes.  It was just a little blue one at
14 that point.
15 Q.   Okay.  And you probably have no idea so
16 tell me you don't know if you don't, do you
17 know where the E-ZPass data is transmitted
18 within K & B?
19 A.   No.
20 Q.   Okay.  So you don't know where that data
21 is stored either?
22 A.   No.
23 Q.   Did you have a radar detector in your
24 vehicle?
25 A.   No.


## Page 102

1  Q.   Okay.  What was traffic like on the day
2  of the wreck?
3  A.   That's a little complicated.
4       MS. ELI:  Can you start with
5  times on that, and ask if she had been driving
6  for a few hours before?
7       MS. BENHAMOU:  Sure.
8  Q.   (By Ms. Benhamou) I'm just going to go
9  back to your messages, and we start after you
10 just came out of the sleeper berth.
11 A.   You mean, like, the entire day?
12 Q.   Well, I was trying to speed things up,
13 and go just from Urbana to Newport, Michigan.
14 A.   It was fine.  It was very, very light
15 traffic.  Then there was an accident.
16 Q.   Before you got in the accident?
17 A.   Yeah, before.  There was some type of
18 little accident so there was a bit of a traffic
19 jam.
20 Q.   Do you recall how long before this wreck
21 that wreck occurred?  I can clarify.
22 A.   Yeah.  I mean it was like the wreck
23 happened, then they were letting a few people
24 go, and then that was that five mile between
25 the 60 and the 55 and the speed limit change.


## Page 103

1  Then there was a toll road, and then that's
2  when the wreck happened.  So a little bit of a
3  distance, but not enough that everybody, you
4  know, was rushing to the toll road.
5  Q.   Okay.  Makes sense.  And not enough that
6  it made it like traffic jam kind of traffic?
7  A.   Yeah, there was only two other cars.
8  Mr. Perez and some pickup truck.
9  Q.   Okay.  So you believe that Mr. Perez was
10 on the same route as you?
11 A.   I can't say.
12 Q.   Okay.  Can you tell me if -- strike
13 that.  Sorry.
14      Going back to your logs, if you left
15 Urbana at roughly 2:00 a.m.?
16 A.   Uh-huh.
17 Q.   Yes?
18      MS. ELI:  Look at your logs and
19 verify that first.  Don't just agree to her
20 times.
21      MS. BENHAMOU:  And I'll show you
22 first.
23      MS. ELI:  You can just show her.
24 That is fine.
25 Q.   (By Ms. Benhamou ) All right.  So if you


## Page 104

1  left Urbana at around 2:00 a.m. --
2       MS. ELI:  Hadas, can you make
3  sure she understands by leaving, do you mean
4  she was done with her load and actually on the
5  road starting to drive to Urbana versus her
6  actually getting to Urbana and dropping off
7  what was being dropped off?
8       MS. BENHAMOU:  Yes, I will
9  clarify.  Thank you.
10 Q.   (By Ms. Benhamou) So I'm not sure that
11 your driver's log will be able to tell you
12 around what time you left Urbana on the way to
13 Newport, Michigan, or does it?
14 A.   No.  Just says, Driving on-duty sleeper.
15 Q.   Okay.  Would the Qualcomm be more useful
16 in telling you what time you actually left
17 Urbana?
18 A.   Actual messages?
19 Q.   Yes.
20 A.   Yes.
21 Q.   Let's do that then.  These are Bates
22 stamped 219 through 212.
23      MS. ELI:  Lamis, I'm going to
24 start with 216, and if anybody needs a break,
25 please let me know.



## Page 105

1  THE WITNESS: Can I go ahead?
2  MS. BENHAMOU: Yes, absolutely.
3  (A brief recess was taken
4  at this time.)
5  MS. BENHAMOU: Back on the
6  record.
7  Q. (By Ms. Benhamou) Before we left, we
8  were about to look at more QTRACS messages,
9  which would tell us when you left Urbana and
10 began your trip to Newport, Michigan.
11 A. Okay.
12 Q. So if you look for me at Bates stamp
13 216, what does that message say?
14 A. Arrived at stop 1/20, 2:01 a.m.
15 Q. Okay. So that is January 20th, yes?
16 A. Right.
17 Q. And you arrived at 2:01 a.m.?
18 A. Correct.
19 Q. Okay, great. Now, let's go to 215.
20 Tell me what this message says?
21 A. This is me asking for a lumper fee.
22 Q. 216 -- I'm sorry, 215?
23 A. Yeah, this is me asking for a lumper fee
24 because I'm unloading at Super Value.
25 Q. Okay.

## Page 106

1  A. I need 94 dollars. I didn't put for how
2  many pieces. I put the order number, and the
3  lumper service capstone.
4  Q. Okay, great. Now, let's go to 214.
5  Tell me what that is.
6  A. This is them giving me the lumper fee,
7  the purchase order authorization, and the
8  amount.
9  Q. Got it. And let's go to 213?
10 A. Same.
11 Q. Same thing?
12 A. That is just giving me the express code,
13 and the amount for that amount.
14 Q. Great. 212?
15 A. This is me putting in my loaded call or
16 my empty call for the first stop.
17 Q. Okay.
18 A. But not necessarily the empty call for
19 the entire trip.
20 Q. So you are not ready to leave yet,
21 correct?
22 A. Yeah, I'm ready to leave from this
23 particular stop. It is just that I'm just now
24 putting in all of the information about what is
25 left on the trailer from Michigan.

## Page 107

1  Q. Okay. So tell me the date and time on
2  Page 212?
3  A. January 20th, 2:47 a.m.
4  Q. Okay. Thank you. Now -- and that is
5  all of the messages, correct?
6  A. Yes.
7  Q. All right. And by "all of the
8  messages," I mean the ones that I've handed to
9  you as the set.
10 A. Yeah.
11 Q. So at 2:47 a.m., based on these QTRACS
12 messages and based on your driver log --
13 A. Yeah, I haven't left the facility just
14 yet at this point.
15 Q. Okay. So now look at the driver log,
16 and tell me what time you left the Urbana
17 facility, if you can.
18 A. It would say that I left the actual
19 facility or rather the Qualcomm picked me up
20 driving at 2:54 a.m.
21 Q. Okay. Great. So what time were you
22 scheduled to arrive in Newport, Michigan, if
23 you know?
24 A. I don't know.
25 MS. ELI: They might be on the

## Page 108

1  beginning pages of one -- it is in the QTRACS?
2  MS. BENHAMOU: Yeah.
3  MS. ELI: I just don't want to
4  tell her --
5  MS. BENHAMOU: No. It is in the
6  QTRACS.
7  Q. (By Ms. Benhamou) I just wanted to know
8  if based on the information you had in front of
9  you, if you could tell me what time you were
10 supposed to arrive in Newport, Michigan, and
11 the answer is no, right?
12 A. No, right.
13 Q. Okay. I think to get that answer, we
14 need to go back to Pages 232 through 221, which
15 gave you your schedule, does that sound right?
16 A. Correct.
17 MS. BENHAMOU: Okay. Lamis, do
18 you want to look through these again?
19 MS. ELI: I'll just double check
20 it.
21 MS. BENHAMOU: And Page 224 is
22 the one that I think I care about.
23 MS. ELI: 224?
24 MS. BENHAMOU: Yes.
25 MS. ELI: It is also on 232 just

1   so you know.
2   A.   I think what you are looking at so I
3   don't have to go through all of the loaded
4   information, it is just right there.
5   Q.   (By Ms. Benhamou) So sometimes they will
6   give you your destination arrival time twice?
7   A.   Yeah, they will give me my delivery
8   times in a completely separate message so I
9   don't have to know.  I can just, this is your
10  delivery times, click it, there you go.
11  Q.   You don't have to read everything else?
12  A.   Yeah, no searching.
13  Q.   So Page 224, is that what this message
14  does for you?
15  A.   Correct.
16  Q.   So based on this message on Page 224,
17  please read me what the message text states?
18  A.   Your delivery times are now set for the
19  first stop January 20, 3:00 a.m. central
20  standard time, Urbana, Illinois.  Second stop
21  zero January 21st, 4:00 a.m. eastern standard
22  time, Newport, Michigan.  The rest 3, 4, and 5
23  are blank, and it says, Please make a note of
24  these -- of the new delivery dates and times.
25  Please let me know if you got this.  Thanks.


1   Q.   Great.  And tell me 4:00 a.m. eastern
2   time is 3:00 a.m. central standard time?
3   A.   Say that again.
4   Q.   Is 4:00 a.m. eastern time synonymous
5   with 3:00 a.m. central time?
6   A.   4:00 a.m. eastern is 3:00 a.m. central,
7   yeah.
8   Q.   All right.  So we know that you made it
9   to Urbana by the time that is prescribed on 224
10  because you were ready to leave Urbana by 2:54
11  or 2:57, sound right?
12  A.   You are asking me if I --
13  Q.   Let me simplify.  You were on time with
14  your stop at Urbana?
15  A.   Correct.
16  Q.   Correct?
17  A.   Right.
18  Q.   So now when we talked about the crash
19  that you had to drive around, we have a bit of
20  a time frame, correct?  We know it happened
21  after 3:00 a.m. central standard time?
22  A.   I would say, yes.
23  Q.   And that is on January 20, 2016?
24  A.   I believe so.
25  Q.   All right.  So we talked about traffic.


1   Tell me what lane you were driving in before
2   the accident?
3   A.   Before as in the toll road lane?
4   Q.   Yes.
5   A.   I was in the right lane.
6   Q.   Okay.  And then once you merged from
7   I-80 to --
8   A.   I never.  I just stayed in that because
9   I have gone through there so many times, I know
10  which lane to stay in, and I stayed in that
11  lane.  So I never moved out of it.
12  Q.   Got it.  Thank you that helps.  Did you
13  have your headlights on?
14  A.   Yes.
15  Q.   Low beams?
16  A.   Yes.  I drive with all of my lights on
17  24/7.
18  Q.   Even when it is bright outside?
19  A.   Yes.
20  Q.   Okay.  Just as a measure of precaution?
21  A.   It is a safety thing.  People -- if you
22  see my headlights, I know you see me.
23  Q.   Got it.  And we do agree that you are
24  using your low beams not your high beams?
25  A.   Correct.


1   Q.   Okay.  Do you know how fast you were
2   driving in the moments before the wreck?
3   A.   No.  I slowed down.  So I can't really
4   say.
5   Q.   Okay.
6   A.   I was really paying attention to
7   everybody else and slowing down at a nice,
8   steady pace.
9   Q.   And in the 15 minutes prior to the
10  accident, can you estimate how many cars were
11  on the road traveling with you?
12  A.   There was that accident so I can't say.
13  Q.   Okay.  In the five minutes before the
14  wreck, can you estimate how many cars were
15  on --
16  A.   Two.
17  Q.   That is not including you?
18  A.   Not including me, yeah.  So in all there
19  were just three.
20  Q.   Got it.  So your truck, two
21  noncommercial motor vehicles?
22  A.   Correct.
23  Q.   And where were those two drivers driving
24  in relation to your truck?
25  A.   Mr. Perez was in front of me, and then



1  there was a pickup on the side of me.
2  Q.   And Mr. Perez was in the right-hand
3  lane?
4  A.   Yeah, he was in the right lane.
5  Q.   Was the pickup truck in the left lane a
6  little bit ahead of you?
7  A.   Slightly, but not, not too much.
8  Q.   Okay.  And so do you happen to know --
9  strike that.
10      Did you see Mr. Perez's vehicle before
11 the impact?
12 A.   You mean like before he spun out?
13 Because, I mean, he is in my direct line of
14 sight.
15 Q.   Let's just do this.  Tell me in your own
16 words everything that happened from the time
17 you approached the toll at I-80 until the time
18 of the wreck?
19 A.   Just going through, I was just watching,
20 looking around, and I noticed the pickup, and
21 noticed that Mr. Perez was in front of me.  I
22 also noticed the moment he spun out.  I hit my
23 hazards, and then I just started nicely
24 braking.  I did not panic brake.
25 Q.   Okay.



1  A.   As I was braking, I took even more care
2  to slow down at a nice comfortable, a nice safe
3  pace because I felt my tractor sliding.  So I
4  know I bring it up, ease it up even more than
5  what I was doing already.
6  Q.   And the tractor starts sliding if you
7  push too hard on the brake?
8  A.   If I push too hard.
9  Q.   Got it.
10 A.   Panic braking would have just forced my
11 trailer to slide out.  So just ease up even
12 more, just brake, let up, brake, let up.  It is
13 that five-second thing they tell you about when
14 going downhill on ice and snow.  Just five
15 seconds, let up, five seconds, let up.
16 Q.   And was it enough to prevent colliding
17 into the vehicle driven by Mr. Perez?
18 A.   Yes, actually it was.  What Mr. Perez
19 did was when he spun out, he made it to the
20 left side of the highway.
21 Q.   The left side of the highway?
22 A.   Yeah, the left side.
23 Q.   Okay.
24 A.   So he was over here (indicating) when he
25 stopped.  He came to a complete stop.  His



1  truck was facing this way (indicating).
2  Q.   Westbound?
3  A.   So perpendicular.
4  Q.   Okay.
5       MS. ELI:  Kiara, when you just
6  said "facing this way" and "perpendicular," can
7  you just say, was he facing like oncoming
8  traffic or was he facing away from you when he
9  was in that left lane?
10      THE WITNESS:  When he was in the
11 left lane, he was facing -- I guess you could
12 say, I would have been on his right-hand side.
13      MS. ELI:  So was he facing you
14 as he stopped in that left lane?
15      THE WITNESS:  No.  His car -- I
16 don't know how to explain it.  I'm sorry.  Like
17 we were going this (indicating) way, like this
18 (indicating) is ongoing traffic.
19      MS. ELI:  Explain it to her.
20 A.   Oncoming traffic going this (indicating)
21 way.
22 Q.   (By Ms. Benhamou) Right.
23 A.   Mr. Perez was -- his truck was facing --
24 Q.   Flipped around so that his front end was
25 facing your front end?



1  A.   No.  He did not flip.  He just turned.
2  He just did a complete --
3  Q.   180?
4  A.   180, yeah.  So do you want me to draw
5  this?
6  Q.   Sure.  Here.  We will mark it as an
7  exhibit later.
8       You can draw the lanes; you can draw the
9  median, whatever you recall.
10 A.   Okay.  Well --
11 Q.   Median is the squiggly line?
12      Okay.  You are labeling it, thank you.
13 A.   These are extra.  These are the cash
14 lanes.
15 Q.   Okay.
16 A.   And that (indicating) is the median.
17 Q.   Okay.
18 A.   He was kind of around here (indicating),
19 if that makes sense, because there is another
20 lane right here (indicating) --
21 Q.   Okay.
22 A.   -- coming from a different direction.
23 At this point (indicating), these lanes they
24 merge into each other, and then there is
25 another median right here (indicating).



117

1 Q. Okay. So show me where Mr. Perez's
2 vehicle came to a rest with an "X" before the
3 impact?
4 A. Before the impact, right here
5 (indicating).
6 Q. Okay. So that is where the "X" is,
7 great. Now, tell me how your two vehicles
8 collided.
9 A. The first time, he spun out, he spun out
10 this way (indicating), and his car was facing
11 this (indicating) direction towards the cash
12 lane.
13 Q. Oh, okay. So if we put a compass on
14 this, I think this is what I will say -- I'm
15 not going to draw anything. I'll have you draw
16 it.
17     MS. ELI: I'm going to object to
18 drawing a compass on there because I know this
19 area is really weird. Can you just mark it by
20 where the toll -- the overhead toll would have
21 been, or what direction that would have been.
22 I think that will make it easier for us.
23     MS. BENHAMOU: Yeah, please.
24 A. So all of this (indicating) was the
25 toll.



118

1 Q. (By Ms. Benhamou) Got it. Thank you.
2 And is this for eastbound traffic, like are you
3 guys heading east?
4 A. I was heading east towards Indiana.
5 Q. Perfect. So if you were heading east,
6 then when Mr. Perez came to a stop, he was
7 facing south?
8 A. South, yeah.
9 Q. So he was facing south after the first
10 turn he did?
11 A. Yeah. So this (indicating) is where he
12 started.
13 Q. And then you draw the circle, and the
14 "X" is where he stopped the first time?
15 A. Yes.
16 Q. Now, tell me what happened next?
17 A. Then the second time as we were coming
18 up, we were getting closer, me and the pickup.
19 I was just paying attention to the pickup
20 because he was doing some weird back and forth
21 type thing.
22 Q. Okay.
23 A. Mr. Perez, when he stopped the first
24 time, I looked at him. So I am watching him,
25 and I know that he stopped. Once Mr. Perez



119

1 came to a complete stop, the pickup stopped the
2 weird dashing back and forth, and I looked at
3 him, and I don't know if he looked at me, but I
4 was paying attention to him because he was the
5 one that was causing the problems.
6 Q. Right.
7 A. So he looked at us and then he decided
8 to come back out the second time.
9 Q. Got it.
10 A. At this time point, we are way too close
11 to be able to try to stop in any kind of way.
12 And then he got directly in front of me, and
13 then that is when I hit him.
14 Q. And that's when you hit him. So he had
15 enough time to cut across the left lane, into
16 the right lane, and then make his vehicle face
17 east again?
18 A. Because he went from one shoulder to the
19 next. He wanted to get to the right side of
20 the highway.
21 Q. Okay. So once he pulled out in front of
22 you --
23 A. Uh-huh.
24 Q. -- was his vehicle -- at the time of
25 impact, was his vehicle facing south, or was it



120

1 facing east?
2 A. It was still going south.
3 Q. It was still going south?
4 A. Yes. He was still traveling directly
5 across the highway.
6 Q. Okay. So what parts of your vehicle do
7 you believe collided with what parts of his
8 vehicle?
9 A. It would be the passenger side. Not the
10 entire back, but like the back passenger
11 because I made him turn into the median.
12 Q. Got it. So the passenger side of your
13 truck collided with what part of Mr. Perez's
14 vehicle, the passenger side of Mr. Perez's
15 vehicle?
16 A. Not the entire passenger side. Like the
17 back part where the license plates is, and, you
18 know, there is a left-side curve and a
19 right-side curve, like that. I came into
20 contact with that area. Like closer to the
21 bumper back, tire-type part where I made him
22 turn into the median, which is where he
23 stopped.
24 Q. Right.
25 A. And at that point, I kind of had to keep



Page 121

```
 1  going to slow down.
 2      Q.    Got it.  So it sounds like he almost
 3  made it across both lanes of traffic before the
 4  collision occurred?
 5      A.    Uh-huh.
 6      Q.    Yes?
 7      A.    Yes.
 8      Q.    Okay.  But he wasn't able to get fully
 9  across?
10      A.    Correct.
11      Q.    And then the front right side of your
12  truck collided with the back right side of his
13  car?
14      A.    I would say more of my middle.  I mean,
15  I'm way bigger.
16      Q.    Sure.
17      A.    So I would say he hit more of the middle
18  part.
19      Q.    Okay.  So kind of hit head-on for your
20  truck into the more back, right-corner,
21  passenger side of his vehicle?
22      A.    Uh-huh.
23      Q.    Yes?
24      A.    Yes.
25      Q.    Okay.  Now, after the crash --
```

Page 122

```
 1      A.    Right.
 2      Q.    Sorry, strike that.  Did you have your
 3  seatbelt on?
 4      A.    Yes.
 5      Q.    Did you have the radio on?
 6      A.    I think I was playing my iPod.
 7      Q.    Okay.  And how do you listen to your
 8  iPod when you drive?
 9      A.    Through the auxiliary.
10      Q.    Okay.  So there are no earbuds in your
11  ear?
12      A.    No, never.
13      Q.    Okay.  There is no Bluetooth?
14      A.    Never.  I need to be able to hear
15  everything that is going on around my truck.
16      Q.    Got it.  So it is just through the
17  speakers in your cab?
18      A.    Uh-huh, yes.
19      Q.    So in your own words, what do you
20  believe caused the wreck?
21      A.    Mr. Perez spinning out.  Even if he spun
22  out and just stopped, we would have been fine,
23  but he came out across the second time, and
24  that is the problem.
25      Q.    Got it.  And do you believe there was
```

Page 123

```
 1  anything you could do to avoid the wreck?
 2      A.    No.  Especially since he came out again,
 3  and this pickup truck dashing left and right,
 4  it was like a replay all over again.  I could
 5  not avoid him.
 6      Q.    Okay.  Do you believe that the weather
 7  conditions contributed to the wreck?
 8      A.    For Mr. Perez, yes.  For me, no.  Like I
 9  said, I was fine.
10      Q.    You were in control of your truck?
11      A.    Yes.
12      Q.    Okay.  Did you believe you were running
13  late the morning of the wreck?
14      A.    No.  I always have plenty of time.  I
15  always show up regardless of rain, shine, snow
16  an hour early.
17      Q.    And your records reflect that.
18      A.    Yeah.
19      Q.    Did your foot ever come off the gas
20  before impact was made?
21      A.    Yes.  I do not -- I train myself
22  mentally, do not hit the brakes, do not hit the
23  brakes, do not hit the brakes where there is
24  like panic braking.
25      Q.    Right.
```

Page 124

```
 1      A.    But I did have to slow down.  My foot
 2  did not accelerate.
 3      Q.    So your foot wasn't on the gas pedal.
 4  It was on and off the brake?
 5      A.    Correct.
 6      Q.    Okay.  Now, we are after the crash.
 7      A.    Uh-huh.
 8      Q.    What happened next?
 9      A.    After I brought the truck to a complete
10  stop, I was kind of cattywampus a little bit.
11  A little bit in the shoulder, most definitely
12  blocking the right lane.  My trailer was kind
13  of hanging out on the left.  I was angry.  I am
14  not going to lie, I was really pissed.  Excuse
15  my language.  I was really pissed.
16      Q.    No, that's fine.  It sounds like, yeah.
17            Okay.  Who was the first person you
18  called after the wreck?
19      A.    K & B.
20      Q.    Okay.
21      A.    Safety.  I don't know who.  Just to me
22  their department, safety.
23      Q.    Thank you for anticipating my question,
24  and tell me, do you recall what you told them?
25      A.    I got into an accident.
```

*Angela M. Ickler, RPR*
Latimer Reporting *402-476-1153* latimer@latimer-reporting.com

## Page 125

1  Q.  Do you recall -- did you tell them
2  anymore detail?
3  A.  More than likely what happened, the guy
4  spun out in front of me.  That was basically
5  it.
6  Q.  What was the next phone call you made?
7  A.  Safety told me -- asked my if I called
8  911.  I was, like, no.  He said call 911, and
9  then go and see if that guy is okay.
10  Q.  Okay.
11  A.  After that I called 911 and told them
12  where I was, and answered any questions that
13  they had.  Then I got out to see how he was.
14  At that point, by the time I got to the back of
15  his car, Mr. Perez had already climbed over
16  from the driver's seat into the passenger seat,
17  and he was just kind of looking around.
18  Q.  Okay.
19  A.  He wanted to get out so I kind of -- I
20  didn't hold open the door for him because it
21  was really hard to, but I held it.  So he put
22  all of the pressure needed to actually get out
23  of the car.
24  Q.  So you helped him exit his vehicle?
25  A.  Minimally, yes.

## Page 126

1  Q.  From the passenger side since his
2  driver's side was smushed up against the
3  shoulder?
4  A.  Uh-huh, yes.
5  Q.  And was Mr. Perez crying when you first
6  got to him?
7  A.  No.
8  Q.  Was he crying out in pain?
9  A.  No.
10  Q.  Was he in any visible pain at the time
11  you saw him?
12  A.  No.
13  Q.  Did he seem out of it?
14  A.  I'm not -- honestly, I think that is
15  just a normal state for this particular dude.
16  Q.  Okay.
17  A.  So that is the way that he came off to
18  me that he was just (indicating).
19  Q.  That's total okay.
20      And at the point where you were helping
21  him minimally get out of the vehicle, had you
22  already called 911?
23  A.  Yes.  Before I even got out of my
24  tractor.
25  Q.  Got it.  Do you have an onboard accident




## Page 127

1  report?
2  A.  Such as critical events?
3  Q.  Yeah.
4  A.  I didn't have to do, push the button
5  itself.  Once there is any type of hard braking
6  -- no, you know, once the hit impact, it
7  creates a critical event, but hard impacts,
8  hard braking, hard swerves, it will do it
9  automatically.
10  Q.  Got it.  Would you characterize the
11  impact as a hard impact?
12  A.  Yeah, that was impact, hard enough
13  impact.
14  Q.  Were you injured at all?
15  A.  No, I was good.
16  Q.  Okay.  Able to walk out of your truck?
17  A.  Yeah, I was good.
18  Q.  Okay.  You didn't go to the emergency
19  room after the accident?
20  A.  Did not feel the need to.
21  Q.  Okay.  Were you checked out by the
22  ambulance?
23  A.  No, I didn't want them to.  I was -- I
24  mean, I was just angry so they couldn't fix
25  that.

## Page 128

1  Q.  So did they do a blood-alcohol test?
2  A.  No.
3  Q.  Did they breathalyze you?
4  A.  No.
5  Q.  I have to ask.  And did you -- well, any
6  kind of workers' comp claim against K & B for
7  any injuries you sustained in the wreck?
8  A.  No.
9  Q.  Okay.  After minimally assisting
10  Mr. Perez out of the vehicle, what happened
11  next?
12  A.  And then I asked him what was he
13  thinking.
14  Q.  And what did he say?
15  A.  Someone told him he is supposed to go to
16  right side of the highway.  I was like -- I
17  didn't say anything else after that.
18  Q.  Okay.
19  A.  And then he started mentioning, you
20  know, on his own -- didn't ask him anything
21  else because I just thought that was the
22  stupidest thing I ever heard -- but after that,
23  he started mentioning about needing to get a
24  new car, was going to get one anyway.  I think,
25  oh, so not only is he crazy, he is also shady.




Angela M. Ickler, RPR
Latimer Reporting *402-476-1153* latimer@latimer-reporting.com