**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOSES PEREZ and DEE PEREZ,<br><br>          Plaintiffs,<br><br>v.<br><br>K&B TRANSPORTATION, INC. and KIARA WHARTON,<br><br>          Defendants. | Case No. 1:17-cv-02610 |

**STIPULATION TO DISMISS**

Plaintiffs, Moses Perez and Dee Perez, and Defendants, K&B Transportation, Inc. and Kiara Wharton, by and through their respective counsel, hereby stipulate to dismissal of Counts 4, 5, and 7 of Plaintiff's First Amended Complaint.

/s/ Sara Davis
Attorney for Plaintiff

John Power
George Brugess
Sara Davis
Cogan & Power, P.C.
1 E. Wacker Drive, Ste 510
Chicago, IL 60601
312-477-2500
gbrugess@coganpwer.com

/s/ Mary Louise Kandyba
Attorney for Defendant

Mary Louise Kandyba
Justin Dobek
Wilson Elser Moskowitz Edelman & Dicker, LLP
55 W. Monroe, Ste 3800
Chicago, IL 60603
312-704-0550
ml.kandyba@wilsonelser.com

261813282v.1