FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOSES PEREZ and DEE PEREZ, <br><br> *Plaintiffs,* <br><br> v. <br><br> K&B TRANSPORTATION, INC. and KIARA WHARTON, <br><br> *Defendants.* | Case No. 1:17-cv-02610 |

## STIPULATION TO DISMISS

Plaintiffs, Moses Perez and Dee Perez, and Defendants, K&B Transportation, Inc. and Kiara Wharton, by and through their respective counsel, hereby stipulate to dismiss this case in its entirety, with prejudice, all matters in controversy having been settled, and all costs having been paid.

/s/ Sara M. Davis  /s/ Mary Louise Kandyba
_____  _____
Attorney for Plaintiff  Attorney for Defendant


John Power  Mary Louise Kandyba
George Brugess  Justin Dobek
Sara Davis  Wilson Elser Moskowitz Edelman & Dicker, LLP
Cogan & Power, P.C.  55 W. Monroe Street, Suite 3800
One E. Wacker Drive, Suite 510  Chicago, IL 60603
Chicago, IL 60601  312-704-0550
312-477-2500  ml.kandyba@wilsonelser.com
sdavis@coganpower.com