## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Moses Perez, et al.

                                                Plaintiff,

v.                                                                       Case No.: 1:17−cv−02610
                                                                       Honorable Jeffrey T. Gilbert

KB Transportation, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 25, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the parties' Stipulation to Dismiss [196], this case is dismissed with prejudice. The status hearing set for 4/26/22 is stricken with no appearance required. Civil case terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.